UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-17951-RS |
|---|---|
| Marian J. Saunders | Chapter 13 |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned appears for **Option One Mortgage Corporation** and pursuant to Bankruptcy Rules 9010(b) and 2002, requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon Julie A. Ranieri, Korde & Associates, 321 Billerica Road Suite 210, Chelmsford, Massachusetts, 01824.

Date: December 26, 2007

Respectfully submitted:
**Option One Mortgage Corporation**
by its attorney:

/s/ Julie A. Ranieri
Julie A. Ranieri, Esquire
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA. 01824
Tel: 978-256-1500
BBO# 655936

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-17951-RS |
|---|---|
| Marian J. Saunders | Chapter 13 |

## CERTIFICATE OF SERVICE

    I, Julie A. Ranieri, Attorney for **Option One Mortgage Corporation** hereby certify that on December 20, 2007 I electronically filed the foregoing *Notice of Appearance* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants;

John Fitzgerald, US Trustee
Carolyn Bankowski, Trustee
Nina M. Parker, Esquire

    I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Marian J. Saunders
5 Warwick Street
Boston, MA  02120

    /s/ Julie A. Ranieri
    Julie A. Ranieri, Esquire
    Korde & Associates
    321 Billerica Road, Suite 210
    Chelmsford, MA 01824
    (978) 256-1500
    BBO #:  655936