JUL 14'08 AM 10:38 USB

UNITED STATES BANKRUPTCY COURT
District of Massachusetts (Boston)

IN RE:  
Debtors: SAUNDERS

Case Number: 07-17951

NOTICE OF TRANSFER OF CLAIM NO. 1

The undersigned hereby gives notice of the assignment and transfer of the above filed claim and submits the following information:

Name and address of transferor (original claimant):

Option One Mortgage Corporation  
Bankruptcy Department  
3 Ada Dr.  
Irvine, CA 92618

Name and address of transferee:

American Home Mortgage Servicing, Inc.  
PO Box 631730  
Irving, Texas 75063-1730

Amount of claim being transferred $ 540004.39

This transfer is unconditional.

This 1st day of July, 2008.

_____  
(signed by original claimant or transferee)

Original forwarded and addressed to:

Massachusetts Bankruptcy Court Main Office  
1101 Thomas P. O'Neil, Jr. Federal Building  
10 Causeway Street  
Boston, MA 02222

Copy Forwarded and addressed to:

Trustee:  
Carolyn Bankowski-13  
Chapter 13 Trustee Boston  
P. O. Box 8250  
Boston MA 02114  
By E-Mail to:  
13trustee@ch13boston.com

Debtors Attorney:  
Terrence L. Parker  
185 Alewife Brook Parkway  
Suite 404  
Cambridge MA 02139  
By E-Mail to: tparker612@aol.com

ID:3495