# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts (Boston)

In re:

Debtor(s)

Marian Jerine Saunders

Case No.:   07-17951

Chapter:   13

Loan Number (Last 4):   3077

## NOTICE OF PAYMENT CHANGE

American Home Mortgage Servicing, Inc., its successor or assign, hereby gives its Notice of Payment Change as follows:

| | |
|---|---:|
| Change Reason: | ARM |
| Effective Date (first payment): | May 01, 2011 |
| New Interest Rate (if changed): | 7.99% |
| Principal and Interest: | $3,660.60 |
| Escrow/Optional Insurance/Other: | $0.00 |
| Total New Monthly Payment: | $3,660.60 |

American Home Mortgage Servicing, Inc.

1525 S. Beltline Road

Coppell, TX 75019

877-304-3100

Date:   April 01, 2011

By:   /s/ Lorain Baggs (replacing Alicia Fisher)
     Bankruptcy
     American Home Mortgage Servicing, Inc.

0-78bcf4af-fbd6-43fd-8c49-e3301aba4dc1

# CERTIFICATE OF SERVICE

I hereby certify that on April 01, 2011, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor's Attorney:

Terrence L. Parker
185 Alewife Brook Parkway
Suite 404
Cambridge, MA 02138

Trustee:

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

/s/ Bill Taylor

As Authorized Agent for Filer

0-78bcf4af-fbd6-43fd-8c49-e3301aba4dc1