# UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

In re: MARIAN J SAUNDERS                                                                Case No.: 07-17951-FJB

Debtor(s)                                                                                              Chapter 13 Bankruptcy

## NOTICE OF FINAL CURE PAYMENT

     Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:   HOMEWARD RESIDENTIAL INC

Trustee Claim No.:   002

Last four (4) digits of any number used to identify the Debtor's account: 077

Final Cure Amount:

    Amount of Allowed Pre-Petition Arrearage:  $52,769.24

    Amount Paid by Trustee:                $52,769.24

Monthly Ongoing Mortgage Payment is Paid:

    ____ Through the Chapter 13 Trustee conduit        __X__ Direct by the Debtor

     Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with the Bankruptcy Code section 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated:  04/19/2013                          Respectfully submitted:

                                              /s/ Carolyn A. Bankowski
                                              Chapter 13 Trustee

# United States Bankruptcy Court
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

In Re:  
MARIAN J SAUNDERS

CASE NO: 07-17951-FJB

### Certificate of Service

The undersigned hereby certifies that on this date a copy of the Trustee's Notice of Final Cure Payment was served via first class mail postage prepaid, or by electronic notice, upon the debtor, debtor's counsel and creditor at the addresses set forth below.

TERRENCE L. PARKER, ESQ.  
185 ALEWIFE BROOK PKWY CAMBRIDGE, MA 02138

MARIAN J SAUNDERS  
5 WARWICK STREET BOSTON, MA 02120

HOMEWARD RESIDENTIAL INC  
BANKRUPTCY DEPT 1525 BELTLINE RD., SUITE 100 N COPPELL, TX 75019

Dated:  04/19/2013

/s/ Carolyn A. Bankowski  
Chapter 13 Trustee