# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

IN RE:

MARIAN J SAUNDERS

Chapter 13.
Case No.
07-17951-FJB

Debtor(s)

## TRUSTEE'S REPORT AND ACCOUNT AND
## NOTICE OF DEADLINE FOR OBJECTIONS

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed the attached Report and Account with the Court. Any objection to the Report and Account must be filed with the United States Bankruptcy Court and a copy served upon the Chapter 13 Trustee within 30 days of the date of service. In the absence of a timely objection, the Court may approve the Report and Account without a hearing.

Carolyn A. Bankowski
Chapter 13 Trustee


By: /s/ Carolyn A. Bankowski

Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114-0033
(617) 723-1313

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the within Trustee's Report and Account and Notice of Deadline for Objections was served upon the Debtor, Debtor's counsel of record and those parties listed on the attached mailing matrix by first-class mail, postage prepaid.

/s/ Carolyn A. Bankowski
Carolyn A. Bankowski, Esq

# United States Bankruptcy Court

For The
Dist of Massachusetts, Boston Div

MARIAN J SAUNDERS
5 WARWICK STREET
BOSTON, MA 02120

Case No.: 07-17951-FJB
SS #1: XXX-XX-2919

## TRUSTEE REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | The Plan was confirmed on | MO. | DAY | YR. | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 14 | 07 | | 01 | 01 | 08 | | 03 | 13 | 13 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.          $   80,600.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| OPTION ONE MORTGAGE | 001 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| HOMEWARD RESIDENTIAL INC | 002 | Secured | 52,769.24 | 52,769.24 | 0.00 | 0.00 |
| CITY OF BOSTON COLLECTOR- | 003 | Secured | 8,527.24 | 8,527.24 | 0.00 | 0.00 |
| AMERICAN EXPRESS | 004 | Unsecured | 10,196.37 | 10,196.37 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCI | 005 | Unsecured | 159.78 | 159.78 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP. | 006 | Unsecured | 1,599.65 | 1,599.65 | 0.00 | 0.00 |
| CITY OF BOSTON COLLECTOR- | 007 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| HSBC BANK | 008 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE | 009 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| VERIZON NEW ENGLAND IN | 010 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| CITY OF BOSTON TREASURY D | 011 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| MARIAN J SAUNDERS | 999 | Refund | 845.43 | 845.43 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 61,296.48 | 0.00 | 11,955.80 | 0.00 | 845.43 | 74,097.71 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 61,296.48 | 0.00 | 11,955.80 | 0.00 | 845.43 | 74,097.71 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74,097.71 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| TERRENCE L. PARKER, ESQ. | 0.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE ADMINISTRATIVE CHARGES | | OTHER COSTS | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 6,502.29 | 0.00 | 0.00 | 6,502.29 |

The above captioned debtors(s) have fully complied with the payment obligations pursuant to the Order confirming the Plan.
**For cases filed on or after October 17, 2005, the debtor(s) must file a Motion for Entry of Discharge in compliance with MLBR, Appendix 1, Section13-22 in order to be eligible for a Discharge pursuant to 11 U.S.C. Section 1328.** The Trustee will submit a statement to the Court at the time all checks have cleared at which time the Trustee will request a discharge of duties and that a Final Decree be entered at that time.

/s/Carolyn A. Bankowski

Carolyn A. Bankowski, Chapter 13 Trustee

0717951  
MARIAN J SAUNDERS  
5 WARWICK STREET BOSTON, MA 02120

0717951 9 799  
TERRENCE L. PARKER, ESQ.  
185 ALEWIFE BROOK PKWY CAMBRIDGE, MA 02138

0717951 3 001  
OPTION ONE MORTGAGE  
C/O KORDE & ASSOCIATES 321 BILLERICA ROAD, SUITE 210 CHELMSFORD, MA 01824

0717951 1 002  
HOMEWARD RESIDENTIAL INC  
BANKRUPTCY DEPT 1525 BELTLINE RD., SUITE 100 N COPPELL, TX 75019

0717951 1 003  
CITY OF BOSTON COLLECTOR-TREAS  
ATTN: BANKRUPTCY COORDINATOR ONE  CITY HALL SQUARE, ROOM M-5 BOSTON, MA 02201

0717951 3 004  
AMERICAN EXPRESS  
C/O BECKET & LEE LLP P.O. BOX 3001  MALVERN, PA 19355

0717951 3 005  
PORTFOLIO RECOVERY ASSOCIATES  
P.O. BOX 12914 NORFOLK, VA 23541

0717951 3 006  
ECAST SETTLEMENT CORP.  
P.O. BOX 35480 NEWARK, NJ 07193-5480

0717951 3 007  
CITY OF BOSTON COLLECTOR-TREAS  
ATTN: BANKRUPTCY COORDINATOR ONE  CITY HALL SQUARE, ROOM M-5 BOSTON, MA 02201

0717951 3 011  
CITY OF BOSTON TREASURY DEPT  
C/O JOHN F. HOUTON, JR., ESQ. ONE CITY HALL SQUARE, ROOM M-5 BOSTON, MA 02201